**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

JUDY INGRAM                                                                                                PLAINTIFF

V.                                              NO. 3:05CV00072-JTR

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                        DEFENDANT

**ORDER**

Pending before the Court is Defendant's Motion to Remand (docket entry #12), pursuant to sentence four of 42 U.S.C. § 405(g):

> The court shall have the power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing.

The Commissioner seeks remand to conduct further administrative proceedings and to develop the record with regard to Plaintiff's employment subsequent to her alleged onset date to further evaluate whether such employment constituted substantial gainful activity. Plaintiff replied that she has no objection to the requested remand. (Docket entry #13.) Under the circumstances, a sentence four remand is appropriate. *Buckner v. Apfel*, 213 F.3d 1006, 1010-1011 (8th Cir. 2000).

IT IS THEREFORE ORDERED that Defendant's Motion to Remand is GRANTED. This is a "sentence four" remand. This dismissal is without prejudice to Plaintiff's subsequent filing for attorney's fees under the Equal Access to Justice Act.

DATED this 6th day of June, 2006.

_____
UNITED STATES MAGISTRATE JUDGE